UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-40-MOC-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LAVARIUS RODRIGUEZ HALL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Letter, docketed as a "Pro Se Motion for Reconsideration Regarding Supervised Release Violation." (#198). Defendant has been detained pending a hearing on charges that he violated the conditions of his supervised release. See (## 118, 196).

Defendant is represented by court-appointed counsel in this matter. Under L.Cr.R. 41.7(h), the Court typically does not entertain *pro se* motions by parties who are already ably represented by counsel. Defendant is encouraged to consult with his counsel about filing any appropriate motions on his behalf, and the Court will gladly hear any motion defendant's counsel makes on his behalf. Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Letter, docketed as a "Pro Se Motion for Reconsideration Regarding Supervised Release Violation (#198) is **DENIED without prejudice**.

Signed: September 20, 2019

Max O. Cogburn Jr
United States District Judge