UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-00040-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| vs. | ) ORDER |
| **LAVARIUS RODRIGUEZ HALL**, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation. (Doc. No. 245). Defendant does not provide a sufficient legal reason for early termination of the probation imposed by the Court in this case. In any event, Defendant's supervised release was revoked on February 22, 2022.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Early Termination of Probation, (Doc. No. 245), is **DENIED**.

Signed: March 17, 2022

Max O. Cogburn Jr
United States District Judge

-1-